

Eckert Seamans Cherin & Mellott, LLC
10 Bank Street
Suite 700
White Plains, NY 10606

TEL  914 949 2909
FAX  914 949 5424
www.eckertseamans.com

October 22, 2025

Riyaz G. Bhimani, Esq.
Direct Dial: (914) 286-2806
rbhimani@eckertseamans.com

**By ECF**
Nina R. Morrison, U.S.D.J.
United States District Court, Eastern District of New York
225 Cadman Plaza East, Courtroom 6E North
Brooklyn, New York 11201

Re:  *Spencer Hahn & James Crist v. JetBlue Airways Corporation*
     EDNY Civil Action Case No. 1:21-cv-06867-NRM-LB

Dear Judge Morrison:

This law firm represents JetBlue Airways Corporation ("JetBlue"), the Defendant in the above-referenced action.

I submit this letter pursuant to Rule 5.2.3.1 of Your Honor's Individual Motion Practices to advise the Court that on this date, JetBlue's Motion for Summary Judgment has been fully briefed and the following documents have been filed by the parties in connection therewith (at ECF #s 75-78):

1. Notice of Motion for Summary Judgment;

2. Declaration of Riyaz G. Bhimani in support of JetBlue Airways Corporation's Motion for Summary Judgment with supporting exhibits A–T thereto;

3. Statement of Material Facts;

4. Memorandum of Law in Support of JetBlue Airways Corporation's Motion for Summary Judgment;

5. Plaintiffs Spencer Hahn and James Crist's Memorandum of Law in Opposition to Defendant JetBlue Airway Corporation's Motion for Summary Judgment (Redacted);

6. Declaration of Oren Giskan in Opposition to Defendant JetBlue Airways Corporation's Motion for Summary Judgment with supporting exhibits 1–11 thereto (Redacted);

7. Plaintiffs' Responses to Defendant's Rule 56.1 Statement and Statement of Additional Facts (Redacted);

8. Reply in Support of JetBlue Airways Corporation's Motion for Summary Judgment;

9. Declaration of Mark Johnston in Support of JetBlue Airways Corporation's Reply in Support of its Motion for Summary Judgment with supporting exhibits; and

10. Defendant JetBlue Airways Corporation's Response to Plaintiffs' Statement of Additional Material Facts (Redacted).

Please let us know if you have any questions.

Respectfully yours,

*s/Riyaz G. Bhimani*
Riyaz G. Bhimani
Mark A. Johnston
Darcy C. Osta


cc: Oren Giskan, Esq.
     Amy Robinson, Esq.
     David O'Brien, Esq.
     Giskan Solotaroff & Anderson, LLP (by ECF)
     *Attorneys for Plaintiff*